IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CV 99-BU-0169-E |
| | ) |
| OFFICER MITCHELL, OFFICER WELDON | ) |
| JAIL ADMINISTRATOR BRUCE BARCLIFF, | ) |
| and DR. CARLA THOMAS, | ) |
| | ) |
| Defendants. | ) |

ENTERED
SEP 20 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 31, 1999, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 20th day of September, 1999.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE

24

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 99-BU-0169-E |
| ) | |
| OFFICER MITCHELL, OFFICER WELDON, ) | |
| JAIL ADMINISTRATOR BRUCE BARCLIFF, ) | |
| and DR. CARLA THOMAS, ) | |
| ) | |
| Defendants. ) | |

ENTERED
SEP 20 1999

## FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, FED. R. CIV. P., it is hereby ORDERED, ADJUDGED, and DECREED that defendants' motion for summary judgment is GRANTED and this action is DISMISSED WITH PREJUDICE.

Costs are taxed to the plaintiff.

For information regarding the cost of appeal, see the attached notice.

DATED this 20th day of September, 1999.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE